UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JAMES ROBERT HARRISON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JYOLI PARIKH, ) <br> ) <br> Defendant. ) | CV622-011 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 9), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. Plaintiff's Motion for Leave to Proceed in Forma Pauperis is **DENIED**, (doc. no. 2) and Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA